IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOUTHERN CROSS GROUP, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. _____ |
| SOUTHERN CROSS CAPITAL (USA), INC., | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Southern Cross Group, LLC states that it is owned by Pinckney & Co. LLC, a Delaware limited liability company. No publicly held corporation owns 10% or more of the stock of Southern Cross Group, LLC or Pinckney & Co., LLC.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorneys for Plaintiff Southern Cross Group, LLC*

*Of Counsel:*

Joseph A. Calvaruso
Peter Bucci
Kimberly Giuliano
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100

Dated: November 2, 2007
1300147