IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOUTHERN CROSS GROUP, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-692-JJF |
| ) | |
| SOUTHERN CROSS CAPITAL (USA), ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED and agreed by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the time within which Defendant Southern Cross Capital (USA), Inc. shall move, answer or otherwise respond to the Complaint filed herein is extended to and including July 21, 2008.

| | |
|---|---|
| /s/Jack B. Blumenfeld | /s/Jeffrey L. Moyer |
| Jack B. Blumenfeld (#1014) | Jeffrey L. Moyer (#3309) |
| jblumenfeld@mnat.com | moyer@rlf.com |
| Julia Heaney (#3052) | Steven J. Fineman (#4025) |
| jheaney@mnat.com | fineman@rlf.com |
| Morris, Nichols, Arsht & Tunnell LLP | Richards, Layton & Finger, P.A. |
| 1201 N. Market Street, P.O. Box 1347 | One Rodney Square |
| Wilmington, DE 19899 | 920 North King Street, P.O. Box 551 |
| (302) 658-9200 | Wilmington, DE 19899 |
| *Attorneys for Plaintiff* | (302) 651-7700 |
| *Southern Cross Group, LLC* | *Attorneys for Defendant Southern Cross Capital (USA), Inc* |

Dated: June 16, 2008

IT IS SO ORDERED this _____ day of June, 2008.

_____
U.S. District Court Judge

RLF1-3293003-1