IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOUTHERN CROSS GROUP, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-692-JJF |
| | ) | |
| SOUTHERN CROSS CAPITAL (USA), INC. | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED and agreed by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the time within which Defendant Southern Cross Capital (USA), Inc. shall move, answer or otherwise respond to the Complaint filed herein is extended to and including August 15, 2008.

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com
Julia Heaney (#3052)
jheaney@mnat.com
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiff*
*Southern Cross Group, LLC*

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant Southern Cross*
*Capital (USA), Inc*

Dated: July 18, 2008

      IT IS SO ORDERED this _____ day of July, 2008.

_____
U.S. District Court Judge

RLF1-3303341-1